UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CRIMINAL ACTION NO. 22-11-GFVT

UNITED STATES OF AMERICA                                           PLAINTIFF

V.            **ORDER APPOINTING GUARDIAN AD LITEM**

CHARLES CRAWFORD                                                   DEFENDANT

\* \* \* \* \*

Upon consideration of the United States' motion, pursuant to 18 U.S.C. § 3509(h), for an order appointing a guardian ad litem to represent minor V1 in the above-captioned case, and good cause being shown, **IT IS ORDERED** that the motion [DE 28] is **GRANTED** and that Doreen Helen-Marie Thompson is hereby appointed as guardian ad litem to represent minor V1 in the above-captioned case.

Entered the 14th day of June, 2023.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY